UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

WILMINGTON TRUST, NATIONAL ASSOCIATION, :
*Not In Its Individual Capacity, But Solely In Its Capacity* :
*As Trustee of BBCMS Mortgage Trust 2022-C17,* :
*Commercial Mortgage Pass Through Certificates, Series* :
*2022-C17, acting by and through Argentic Services* :
*Company, L.P., as Special Servicer,* :

                  Plaintiff,

       -v-

DAVID BENEDICT et al,

             Defendants.

--------------------------------------------------------------------X

26-CV-2259 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On March 31, 2026, Defendants David Prinzivalli, Anant Gandhi, and Steven Cherin were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 16-18. To date, Defendants have failed to appear in this action. No later than **March 30, 2026,** Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if it has any other reason to believe that Defendants have actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: April 23, 2026
      New York, New York

                            JESSE M. FURMAN
                          United States District Judge