UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WILMINGTON TRUST, NATIONAL ASSOCIATION,  :
*Not In Its Individual Capacity, But Solely In Its Capacity*  :
*As Trustee of BBCMS Mortgage Trust 2022-C17,*  :
*Commercial Mortgage Pass Through Certificates, Series*  :          26-CV-2259 (JMF)
*2022-C17, acting by and through Argentic Services*  :
*Company, L.P., as Special Servicer*,  :                            ORDER
                                                                       :
                                        Plaintiff,  :
                                                                       :
            -v-  :
                                                                       :
DAVID BENEDICT et al.,  :
                                                                       :
                                        Defendants.  :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court's prior Order inadvertently set Plaintiff's deadline to submit a letter addressing whether Plaintiff has had any contact with Defendants David Prinzivalli, Anant Gandhi, and Steven Cherin or if it has any other reason to believe those Defendants have actual notice of this lawsuit for March 30, 2026. *See* ECF No. 44. To clarify: The deadline is **April** 30, 2026.

        Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

        SO ORDERED.

Dated:  April 24, 2026
        New York, New York                          _____
                                                    JESSE M. FURMAN
                                                    United States District Judge