UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                               :

WILMINGTON TRUST, NATIONAL ASSOCIATION, :
*Not In Its Individual Capacity, But Solely In Its Capacity* :
*As Trustee of BBCMS Mortgage Trust 2022-C17,* :
*Commercial Mortgage Pass Through Certificates, Series* :       26-CV-2259 (JMF)
*2022-C17, acting by and through Argentic Services* :
*Company, L.P., as Special Servicer,* :         ORDER
                                               :

                       Plaintiff,       :

           -v-                     :

DANIEL BENEDICT et al.,            :

                     Defendants.   :
                                               :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **April 24, 2026**, Defendant Michael Forrest was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 23. To date, Defendant Forrest has failed to appear in this action. No later than **May 27, 2026,** Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Forrest or if it has any other reason to believe that Forrest has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Forrest **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: May 20, 2026
      New York, New York                    _____
                                          JESSE M. FURMAN
                                    United States District Judge