UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                    :

WILMINGTON TRUST, NATIONAL ASSOCIATION,  :
*Not In Its Individual Capacity, But Solely In Its Capacity*  :
*As Trustee of BBCMS Mortgage Trust 2022-C17,*  :
*Commercial Mortgage Pass Through Certificates, Series*  :      26-CV-2259 (JMF)
*2022-C17, acting by and through Argentic Services*  :
*Company, L.P., as Special Servicer*,  :        ORDER
                    :

            Plaintiff,  :
                    :

      -v-  :
                    :

DANIEL BENEDICT et al.,  :
                    :

           Defendants.  :
                    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Defendant Michael Forrest in this action appears to be in default.  Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**.  Plaintiff should familiarize itself with Local Civil Rules 55.1 and 55.2, which, along with Rule 55 of the Federal Rules of Civil Procedure and Rule 4(J) of the Court's Individual Rules, govern default judgment motion practice before this Court.  To be clear: Plaintiff must file its **<u>motion</u>** for default judgment, *not* merely its request for a Clerk's Certificate of Default, by the above deadline.

If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_ NYSDChambers@nysd.uscourts.gov.  If or when a motion for default judgment is filed, the

Court will enter a further Order setting a deadline for any opposition and reply and scheduling a

show cause hearing.  If no motion for default judgment is filed by the deadline set forth above,

the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on

Defendant Forrest **within two business days from the date of this Order** and shall file proof of

such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: June 12, 2026
        New York, New York

_____
                 JESSE M. FURMAN
                 United States District Judge

2