UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, *Not In Its Individual Capacity, But Solely In Its Capacity As Trustee of BBCMS Mortgage Trust 2022-C17, Commercial Mortgage Pass Through Certificates, Series 2022-C17, acting by and through Argentic Services Company, L.P., as Special Servicer,* <br><br> Plaintiff, <br><br> -v- <br><br><br> DANIEL BENEDICT et al., <br><br> Defendants. | CIVIL ACTION NO. 26 Civ. 2259 (JMF) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 50). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, June 30, 2026, at 1:30 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

Dated:     New York, New York
           June 15, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**