UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, *Not In Its Individual Capacity, But Solely In Its Capacity As Trustee of BBCMS Mortgage Trust 2022-C17, Commercial Mortgage Pass Through Certificates, Series 2022-C17, acting by and through Argentic Services Company, L.P., as Special Servicer,*<br><br>                         Plaintiff,<br><br>     -v-<br><br><br>DANIEL BENEDICT et al.,<br><br>                         Defendants. | CIVIL ACTION NO. 26 Civ. 2259 (JMF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court's Order at Dkt. No. 52 is **AMENDED** as follows:

This action has been referred to the undersigned for settlement.  (Dkt. No. 50).

Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for

**Tuesday**, **June 30, 2026, at 1:30 p.m. ET** on the Court's conference line.  The parties are directed

to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

2

The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

Dated:       New York, New York        SO ORDERED.
             June 25, 2026

SARAH L. CAVE
**United States Magistrate Judge**

2