UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, NATIONAL ASSOCIATION, *Not In Its Individual Capacity, But Solely In Its Capacity As Trustee of BBCMS Mortgage Trust 2022-C17, Commercial Mortgage Pass Through Certificates, Series 2022-C17, acting by and through Argentic Services Company, L.P., as Special Servicer,*

Plaintiff,

-v-

DANIEL BENEDICT, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2259 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephone conference held June 30, 2026, a telephone conference to discuss the status of the parties' settlement negotiations is scheduled for **August 27, 2026 at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
July 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**