UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, NATIONAL ASSOCIATION, *Not In Its Individual Capacity, But Solely In Its Capacity As Trustee of BBCMS Mortgage Trust 2022-C17, Commercial Mortgage Pass Through Certificates, Series 2022-C17, acting by and through Argentic Services Company, L.P., as Special Service*,

Plaintiff,

-v-

DANIEL BENEDICT, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2259 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The settlement conference presently scheduled for September 16, 2026 at 2:00 p.m. ET, (Dkt. No. 61), is **ADJOURNED** to **October 14, 2026 at 2:00 p.m. ET** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York. Any participant requesting permission to bring an electronic device (e.g., a cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the settlement conference. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Further, Plaintiff Wilmington Trust, National Association's ("Wilmington") deadline to make a settlement demand to Defendants Daniel Benedict, David Prinzivalli, Steven Cherin, and Dr. Anant Gandhi (the "Appearing Defendants") is **EXTENDED** to **September 24, 2026**. Appearing Defendants' deadline to inform Wilmington of their response is **EXTENDED** to **October 1, 2026**.

The deadline for Wilmington and the Appearing Defendants to email their updated written submissions and Attendance Acknowledgment Forms to Chambers at Cave_NYSDChambers@nysd.uscourts.gov and opposing counsel is **EXTENDED** to **October 8, 2026**. All other directives in the Court's original scheduling order at Dkt. No. 61 shall remain in effect.

Dated: New York, New York
August 31, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**