UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, NATIONAL ASSOCIATION, *Not In Its Individual Capacity, But Solely In Its Capacity As Trustee of BBCMS Mortgage Trust 2022-C17, Commercial Mortgage Pass Through Certificates, Series 2022-C17, acting by and through Argentic Services Company, L.P., as Special Servicer,*

Plaintiff,

-v-

DANIEL BENEDICT, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2259 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 30, 2026, the Court held a conference regarding the parties' settlement positions (the "Conference"). (See Dkt. No. 75). Pursuant to the discussion during the Conference, another telephone conference regarding settlement, with counsel only, is scheduled for **November 16, 2026 at 12:30 p.m. ET** on the Court's conference line. Counsel are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
October 30, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**