Kilpatrick Townsend & Stockton LLP
ktslaw.com

3 Times Square
New York, NY 10036

The parties' request at Dkt. No. 82 is **GRANTED**.

The settlement conference scheduled for November 30, 2026 at 10:00 a.m. ET is **ADJOURNED** sine die. (See Dkt. No. 77).

By **December 9, 2026**, the parties shall file a joint status letter updating the Court as to the status of settlement.

The Clerk of Court is respectfully directed to close Dkt. No. 82.

SO ORDERED. November 25, 2026

SARAH L. CAVE
United States Magistrate Judge

November 25, 2026

Monique Peterkin
direct dial 212 775 8754
direct fax 212 886 8949
MPeterkin@ktslaw.com

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

**Re: *Wilmington Trust, National Association v. Benedict*, et al., No. 1:26-cv-02259-JMF-SLC — Joint Letter-Motion to Adjourn the November 30, 2026 Settlement Conference**

Dear Judge Cave:

We represent Plaintiff Wilmington Trust, acting by and through Argentic Services Company, L.P., as Special Servicer ("Plaintiff"), in the above-referenced action. Pursuant to the Court's Settlement Conference Scheduling Order (ECF No. 77) and Paragraph 9 of the Court's Standing Order Applicable to Settlement Conferences, Plaintiff, together with Defendants Daniel Benedict, David Prinzivalli, Steven Cherin, and Dr. Anant J. Gandhi (the "Appearing Defendants," and with Plaintiff, the "Parties"), respectfully submit this joint letter-motion to adjourn *sine die* the settlement conference currently scheduled for Monday, November 30, 2026, at 10:00 a.m. ET by videoconference.

On November 2, 2026, the Court entered the Settlement Conference Scheduling Order scheduling the November 30 conference (ECF No. 77). During the counsel-only conference with Your Honor on November 16, 2026, counsel advised the Court that the Parties were working to resolve the remaining settlement terms in advance of the November 30 conference, and the Court noted that the Parties could seek to cancel the conference up to the date of the conference if appropriate.

Since then, the Parties have made substantial progress. On November 18, 2026, counsel for the Appearing Defendants circulated a revised draft of the material nonmonetary settlement terms. Plaintiff's client representative and counsel for the Appearing Defendants conferred by telephone on November 22, 2026, and, on that same day, Plaintiff circulated a responsive redline in view of those discussions. The Parties continue to exchange and negotiate the remaining terms in good faith and believe that the open issues are narrow and can be resolved through continued direct negotiation. An adjournment would therefore allow the Parties to finalize the settlement terms without incurring the expense of preparing pre-conference submissions and convening all

principals and decisionmakers for a conference that may prove unnecessary, and would conserve the Court's resources.

Accordingly, the Parties respectfully request that the Court (i) adjourn the November 30, 2026 settlement conference *sine die*, together with the associated deadlines for confidential settlement letters and Attendance Acknowledgment Forms; and (ii) direct the Parties to submit a joint status letter by a date to be determined by the Court advising of whether a settlement has been reached or whether the Parties request that the conference be rescheduled. Should the Parties resolve the litigation before then, they will promptly notify the Court in writing.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Monique Peterkin*

Monique Peterkin

*Cc:* All counsel of record (via ECF and electronic mail)